```
 1  ROGER W. CLARK, ESQ. (#108982)
    Email: rclark@cgold.cc
 2  ROBERT D. GOLDBERG, ESQ. (#137356)
    Email: rgoldberg@cgold.cc
 3  CLARK, GOLDBERG & MADRUGA
 4  11400 W. Olympic Boulevard, Suite 1150
    Los Angeles, California 90064
 5  Telephone: (310) 478-0077
 6  Facsimile: (310) 478-0099
 7
    Attorneys for Plaintiff,
 8  WATER, INC.
 9
10              THE UNITED STATES DISTRICT COURT
11
12       FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES
13
14  WATER, INC., a California corporation, )  CASE NO.:
                                           )  CV08-00218 JSL (SSx)
15              Plaintiff,                 )
                                           )  CERTIFICATE OF INTERESTED
16       vs.                               )  PARTIES
                                           )
17                                         )
    EVERPURE, INC., EVERPURE, LLC,         )
18  PENTAIR, INC. and DOES 1 to 10,        )
19  inclusive,                             )
                                           )
20                                         )
                Defendant(s)               )
21
```

FILED 2008 JAN 14 PM 12:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES
BY ____

(Left margin: CLARK, GOLDBERG & MADRUGA, ATTORNEYS AT LAW, 11400 W. OLYMPIC BOULEVARD, SUITE 1150, LOS ANGELES, CALIFORNIA 90064, (310) 478-0077 (310) 478-0099 FAX)

1

TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

The undersigned counsel of record for Plaintiff WATER, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff, WATER, INC., a California, corporation.

2. Defendant, EVERPURE, INC., an Illinois corporation.

3. Defendant, EVERPURE, LLC, an Illinois limited liability company.

4. Defendant, PENTAIR, INC, a Minnesota corporation.

DATED: January \_\_, 2008        CLARK, GOLDBERG & MADRUGA

By: _____
ROGER W. CLARK
ROBERT D. GOLDBERG
Attorneys for Plaintiff,
**WATER, INC.**

F:\WORK\07-1782\CERT_INTERESTED PARTIES_001.DOC

2