**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:    213.972.4500
FACSIMILE:    213.486.0065

CHRISTOPHER J. HECK, BAR NO. 174647
CHECK@FOLEY.COM

OF COUNSEL
BRIAN W. MCGRATH
KELLI A. TAFFORA
FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:    414.271.2400
FACSIMILE:    414.297-4900

BMCGRATH@FOLEY.COM
KTAFFORA@FOLEY.COM

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES

| | |
|---|---|
| WATER, INC., a California corporation, | Case No: CV 08-00218 JSL (SSx) |
| Plaintiff, | DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES OR PERSONS |
| vs. | |
| EVERPURE, INC., EVERPURE, LLC, and PENTAIR, INC., | |
| Defendants. | Judge:    Hon. J. Spencer Letts |

///
///
///
///
///
///
///
///
///

The undersigned, counsel of record for Defendants' Everpure, Inc., Everpure LLC, and Pentair, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Pentair, Inc.

2. Everpure, LLC

Dated: May 19, 2008

FOLEY & LARDNER LLP
CHRISTOPHER J. HECK

By: /s/
    CHRISTOPHER J. HECK

OF COUNSEL:
BRIAN W. MCGRATH
KELLI A. TAFFORA
FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
PHONE: 414.271.2400
FACSIMILE: 414.297.4900
Attorneys for Defendants
Everpure, Inc., Everpure, LLC and
Pentair, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Defendant's Certification of Interested Parties
CV08-00218JSI (SSx)

LACA_1726589.1