ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
**CLARK, GOLDBERG & MADRUGA**
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

CHRISTOPHER ROLIN, ESQ. (#38677)
Email: crolin@chrisrolin.com
**LAW OFFICES OF CHRISTOPHER ROLIN**
Warner Center
5707 Corsa Avenue, Suite 106
Westlake Village, CA 91362
Telephone: (818) 707-7065
Facsimile: (818) 735-9992

Attorneys for Plaintiff,
**WATER, INC.**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| WATER, INC., a California corporation, | CASE NO.: CV08-00218 JSL(SSx) |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | Action Filed: January 14, 2008 |
| EVERPURE, INC., EVERPURE, LLC, PENTAIR, INC. and DOES 1 to 10, inclusive, | |
| Defendant(s) | |

1

TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the Law Offices of CHRISTOPHER ROLIN, Warner Center, 5707 Corsa Avenue, Suite 106, Westlake Village, CA 91362, (818) 707-7065, hereby enters its appearance on behalf of Plaintiff, WATER, INC. Please copy the Law Offices of Christopher Rolin on all pleadings and correspondence to be filed in this matter.

DATED: January 21, 2008          LAW OFFICES OF CHRISTOPHER ROLIN

By: /s/ Chris Rolin
CHRISTOPHER ROLIN
Attorneys for Plaintiff,
**WATER, INC.**

F:\WORK\07-1782\PLEADINGS\NOTICE OF ASSOCIATION OF COUNSEL.DOC

2

## PROOF OF SERVICE - by *Electronic Filing and Service Pursuant To General Rule Order 08-02*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

I hereby certify that on June 4, 2008, a copy of the following document was filed electronically and served on the parties identified below: **NOTICE OF ASSOCIATION OF COUNSEL.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__X__ **As Indicated on the attached Service List, by Electronic Filing and Service Pursuant to General Rule Order 08-02:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

## ***SEE ATTACHED SERVICE LIST***

__X__ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on  June 4, 2008  at Los Angeles, California.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



JUANA GUEVARA  
Type or Print Name                    Signature

# SERVICE LIST
*Water, Inc. vs. Everpure, Inc., Everpure, LLC, Pentair, Inc.*
THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES
Case Number: CV08-00218 JSL (SSx)

Our File No.: 07-1782

*Electronic Filing and Service Pursuant To General Rule Order 08-02*

| | |
|---|---|
| Christopher Rolin, Esq.<br>**LAW OFFICES OF**<br>**CHRISTOPHER ROLIN**<br>Warner Center<br>5707 Corsa Avenue, Suite 106<br>Westlake Village, CA 91362<br>Telephone: (818) 707-7065<br>Facsimile: (818) 735-9992<br>Email: crolin@chrisrolin.com | Attorney for Plaintiff,<br>**WATER, INC.** |
| Christopher Heck, Esq.<br>**FOLEY & LARDNER, LLP**<br>555 So. Flower Street<br>Suite 3500<br>Los Angeles, CA 90071<br>Tel: (213) 972-4500<br>Email: check@foley.com | Attorneys for Defendants,<br>**EVERPURE, INC., EVERPURE,<br>LLC, and PENTAIR, INC.** |

CLARK, GOLDBERG & MADRUGA
ATTORNEYS AT LAW
11400 W. OLYMPIC BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90064
(310) 478-0077    (310) 478-0099 FAX