UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV No. 08-218 ABC (SSx) | Date | June 5, 2008 |
|---|---|---|---|
| Title | Water, Inc. v. Everpure, Inc. et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Daphne Alex | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    DEFENDANTS' MOTION TO DISMISS (In Chambers)

On May 19, 2008, Defendants filed a Motion to Dismiss for Improper Venue ("Motion"), set for hearing on June 16, 2008. On June 2, 2008, Plaintiff filed an Opposition and a First Amended Complaint. Because the First Amended Complaint supercedes the Complaint upon which the Motion is based, the Motion is now moot. The Court therefore **STRIKES** the Motion.

**IT IS SO ORDERED.**

:

Initials of Preparer    DA