ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
JAMES N. KAHN, ESQ. (#231062)
Email: jkahn@cgold.cc
**CLARK, GOLDBERG & MADRUGA**
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff, **WATER, INC.**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| WATER, INC., a California corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVERPURE, INC., EVERPURE, LLC, ) <br> PENTAIR, INC. and DOES 1 to 10, ) <br> inclusive, ) <br> ) <br> Defendant(s) ) | CASE NO.: CV08-00218 ABC (SSx) <br><br> **NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT OF WATER, INC.** |

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Plaintiff WATER, INC. ("PLAINTIFF") hereby files with the Court this NOTICE OF ERRATA Re: First Amended Complaint of Water, Inc., as follows:

1. The reference "violating its exclusive license agreement" contained in Page 35, Paragraph 101, lines 19-20 in the First Amended Complaint appeared in error and should be stricken. The correct remedy under the Thirteenth Cause of Action appears in the Prayer for Relief at Page 40, lines 17-27.

DATED: June 23, 2008                CLARK, GOLDBERG & MADRUGA

                                    By: __/s/Robert D. Goldberg__
                                        ROBERT D. GOLDBERG
                                        JAMES N. KAHN
                                        Attorneys for Plaintiff
                                        **WATER, INC.**

F:\WORK\07-1782\PLEADINGS\NOTICE OF ERRATA_1ST AMENDED COMPLAINT.DOC

2

## PROOF OF SERVICE - by *Electronic Filing and Service Pursuant To General Rule Order 08-02*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

I hereby certify that on June 23, 2008, a copy of the following document was filed electronically and served on the parties identified below: **NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT OF WATER, INC.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__X__ **As Indicated on the attached Service List, by Electronic Filing and Service Pursuant to General Rule Order 08-02:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

## ***SEE ATTACHED SERVICE LIST***

__X__ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 23, 2008 at Los Angeles, California.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KARLA P. GONZALEZ
Type or Print Name                                    Signature

## SERVICE LIST
*Water, Inc. vs. Everpure, Inc., Everpure, LLC, Pentair, Inc.*
THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES
Case Number: CV08-00218 JSL (SSx)

Our File No.: 07-1782

*Electronic Filing and Service Pursuant To General Rule Order 08-02*

| | |
|---|---|
| Christopher Rolin, Esq.<br>**LAW OFFICES OF CHRISTOPHER ROLIN**<br>Warner Center<br>5707 Corsa Avenue, Suite 106<br>Westlake Village, CA 91362<br>Telephone: (818) 707-7065<br>Facsimile: (818) 735-9992<br>Email: crolin@chrisrolin.com | Attorney for Plaintiff,<br>**WATER, INC.** |
| Christopher Heck, Esq.<br>**FOLEY & LARDNER, LLP**<br>555 So. Flower Street<br>Suite 3500<br>Los Angeles, CA 90071<br>Tel: (213) 972-4500<br>Email: check@foley.com | Attorneys for Defendants,<br>**EVERPURE, INC., EVERPURE, LLC, and PENTAIR, INC.** |