ROGER W. CLARK, ESQ. (#108982) rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356) rgoldberg@cgold.cc
CLARK, GOLDBERG & MADRUGA
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, CA 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER, INC., a California corporation,<br><br>Plaintiff(s)<br>v.<br><br>EVERPURE, INC., EVERPURE, LLC, PENTAIR, INC., and DOES 1 to 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV08-00218 ABC (SSx)<br><br>SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☑ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: June 30, 2008      ROBERT D. GOLDBERG, ESQ. _[signature]_
                          Attorney for Plaintiff WATER, INC.

Dated: _____     Attorney for Plaintiff _[signature]_

Dated: June 30, 2008      CHRISTOPHER HECK, ESQ. _[signature]_
                          Attorney for Defendants EVERPURE, INC., EVERPURE, LLC
                          AND PENTAIR, INC.

Dated: _____     Attorney for Defendant _____

Dated: _____     Attorney for Defendant _____

NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

# CERTIFICATE OF SERVICE – by *Electronic Filing and Service Pursuant To General Rule Order 08-02*
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

I hereby certify that on June 30, 2008, a copy of the following document was filed electronically and served on the parties identified below: **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Christopher Heck, Esq.           Attorneys for Defendants,
**FOLEY & LARDNER, LLP**         **EVERPURE, INC., EVERPURE,**
555 So. Flower Street            **LLC, and PENTAIR, INC.**
Suite 3500
Los Angeles, CA 90071
Tel: (213) 972-4500
Email: check@foley.com

__X__ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on  June 30, 2008  at Los Angeles, California.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KARLA P. GONZALEZ                          
Type or Print Name                         Signature

ROGER W. CLARK, ESQ. (108982)
ROBERT D. GOLDBERG, ESQ. (#137356)
CLARK, GOLDBERG & MADRUGA
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, CA 90064
Tel: (310) 478-0077 Fax: (310) 478-0099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WATER, INC., a California corporation, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV08-00218 ABC (SSx) |
| v. | |
| EVERPURE, INC., EVERPURE, LLC, PENTAIR, INC., and DOES 1 to 10, inclusive, | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |
| Defendant(s). | |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2**
X **SETTLEMENT PROCEDURE NO. 3**

be:
☐ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated:_____          _____
                                                 United States District Judge/Magistrate Judge

ADR-01 ORDER (04/08)    ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

### CERTIFICATE OF SERVICE – by *Electronic Filing and Service Pursuant To General Rule Order 08-02*
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

I hereby certify that on June 30, 2008, a copy of the following document was filed electronically and served on the parties identified below: **[PROPOSED] ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Christopher Heck, Esq. | Attorneys for Defendants, |
| **FOLEY & LARDNER, LLP** | **EVERPURE, INC., EVERPURE,** |
| 555 So. Flower Street | **LLC, and PENTAIR, INC.** |
| Suite 3500 | |
| Los Angeles, CA 90071 | |
| Tel: (213) 972-4500 | |
| Email: check@foley.com | |

__X__ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on __June 30, 2008__ at Los Angeles, California.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



__KARLA P. GONZALEZ__
Type or Print Name             Signature