# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV No. 08-218 ABC (SSx) | Date | July 2, 2008 |
|---|---|---|---|
| Title | Water, Inc. v. Everpure, Inc. et al. | | |

| Present: The Honorable | Audrey B. Collins | |
|---|---|---|
| Daphne Alex | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      DEFENDANTS' MOTION TO DISMISS (In Chambers)

Pending before the Court is Defendants' Motion to Dismiss or Transfer.  The Court finds the Motion appropriate for decision without oral argument and therefore **VACATES** the hearing set for July 7, 2008 and takes the matter **UNDER SUBMISSION**.  See Fed. R. Civ. P. 78; Local Rule 7-15.

**IT IS SO ORDERED.**

Initials of Preparer      AB for DA