ROGER W. CLARK, ESQ. (108982)
ROBERT D. GOLDBERG, ESQ. (#137356)
CLARK, GOLDBERG & MADRUGA
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, CA 90064
Tel: (310) 478-0077 Fax: (310) 478-0099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER, INC., a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>EVERPURE, INC., EVERPURE, LLC, PENTAIR, INC., and DOES 1 to 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV08-00218 ABC (SSx)<br><br>ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2**.
X  **SETTLEMENT PROCEDURE NO. 3**

be:
☒ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: 7/2/08

_Audrey B. Collins_
United States District Judge/Magistrate Judge