1  ROGER W. CLARK, ESQ. (#108982)
   Email: rclark@cgold.cc
2  ROBERT D. GOLDBERG, ESQ. (#137356)
   Email: rgoldberg@cgold.cc
3  **CLARK, GOLDBERG & MADRUGA**
4  11400 W. Olympic Boulevard, Suite 1150
   Los Angeles, California 90064
5  Tel: (310) 478-0077  Fax: (310) 478-0099

6

7  Attorneys for Plaintiff, **WATER, INC.**

8

**FILED**

AUG 1 5 2008  AEE
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

9               THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF ILLINOIS

11

12  WATER, INC., a California corporation, )   CASE NO.: 1:08-cv-04440
                                          )
13                                        )
              Plaintiff,                  )   **NOTICE OF VOLUNTARY**
14                                        )   **DISMISSAL**
                                          )
15       vs.                              )
                                          )   [FRCP 41 (a) (1)]
16                                        )
    EVERPURE, INC., EVERPURE, LLC,        )
17  PENTAIR, INC. and DOES 1 to 10,       )
    inclusive,                            )
18                                        )
                                          )
19            Defendant(s)                )

20

21

22

23

24

25

26

27

28

1

NOTICE IS HERBY GIVEN that pursuant to Federal Rule of Civil Procedure 41 (a), Plaintiff, WATER, INC., voluntarily dismisses the above-captioned action with prejudice in its entirety. Each party shall bear its own costs and attorney fees with respect to the action.

Respectfully Submitted,

DATED: August ____, 2008    CLARK, GOLDBERG & MADRUGA

By: _____
    ROGER W. CLARK
    ROBERT D. GOLDBERG
    Attorneys for Plaintiff
    WATER, INC.

F:\WORK\07-1782\PLEADINGS\DISMISSAL\NOTICE OF VOLUNTARY DISMISSAL_002.DOC

CLARK, GOLDBERG & MADRUGA
ATTORNEYS AT LAW
11400 W. OLYMPIC BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90064
(310) 478-0077    (310) 478-0099 FAX

2

**PROOF OF SERVICE - by *Facsimile and/or U.S. Mail***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of Clark, Goldberg & Madruga, located at 11400 W. Olympic Boulevard, Suite 1150, Los Angeles, California 90064.

On    August 8, 2008    the foregoing document described as: **NOTICE OF VOLUNTARY DISMISSAL**; on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

# ***SEE ATTACHED SERVICE LIST***

____ **(BY ELECTRONIC TRANSMISSION-VIA FACSIMILE)** I caused all of the pages of the above-entitled document, excluding exhibits, to be sent to the indicated recipient(s) noted above **via** electronic transmission (FACSIMILE OR FAX) at the indicated facsimile number(s).

**X** **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on    August 8, 2008    at Los Angeles, California.

**X**    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



KARLA P. GONZALEZ
Type or Print Name                                    Signature

## SERVICE LIST
*Water, Inc. vs. Everpure, Inc., Everpure, LLC, Pentair, Inc.*
CASE TRANSFERRED FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES
Illinois Case Number: 1:08-CV-04440

Our File No.: 07-1782

| | |
|---|---|
| Christopher Rolin, Esq.<br>**LAW OFFICES OF**<br>**CHRISTOPHER ROLIN**<br>Warner Center<br>5707 Corsa Avenue, Suite 106<br>Westlake Village, CA 91362<br>Telephone: (818) 707-7065<br>Facsimile: (818) 735-9992<br>Email: crolin@chrisrolin.com | Attorney for Plaintiff,<br>**WATER, INC.** |
| Christopher Heck, Esq.<br>**FOLEY & LARDNER, LLP**<br>555 So. Flower Street<br>Suite 3500<br>Los Angeles, CA 90071<br>Tel: (213) 972-4500<br>Email: check@foley.com | Attorneys for Defendants,<br>**EVERPURE, INC., EVERPURE,**<br>**LLC, and PENTAIR, INC.** |
| Brian W. McGrath, Esquire<br>**FOLEY & LARDNER LLP**<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Tel: 414.297.5508<br>Fax: 414.297.4900<br>E-mail: bmcgrath@foley.com | Attorneys for Defendants,<br>**EVERPURE, INC., EVERPURE,**<br>**LLC, and PENTAIR, INC.** |

CLARK, GOLDBERG & MADRUGA
ATTORNEYS AT LAW
11400 W. OLYMPIC BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90064
(310) 478-0077    (310) 478-0099 FAX